STATE OF LOUISIANA

VERSUS

TORRANCE CLARK

NO. 24-K-364

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

September 06, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** TORRANCE CLARK

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE MICHAEL P. MENTZ, DIVISION "F", NUMBER 21-3269

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Relator, Torrance Clark, appears to seek a review of the district court's May 8, 2024 ruling that declared him incompetent to proceed to trial on sexual battery charges in violation of La. R.S. 14:43.1. In his application, captioned "Objection to Supervisory Recommendation", Relator also requests the Court to order a contradictory hearing based on the State's failure to institute prosecution. Finally, Relator's pleading includes a Petition for Habeas Corpus, signed and dated July 20, 2024, in which he appears to claim that his December 16, 2023 arrest was unlawful.

The district court's records reflect that it held a competency hearing at the beginning of May 2024, found Relator incompetent to stand trial, and entered a pre-trial commitment order that remanded him to East Louisiana Mental Health System ("ELMHS") for competency restoration, pending the availability of a bed. Relator also sought review of that ruling. This Court determined that, under La. C.Cr.P. art. 648, "[d]ue to the suspension of relator's proceedings, no further steps may be taken in his criminal prosecution until the issue of his competency has been resolved." *See State v. Clark*, 24-K-182 (La. App. 5 Cir. 5/15/24) (unpublished writ disposition).

Based on the foregoing, and the fact the issue of his competency still has yet to be resolved, the writ application is denied.

Gretna, Louisiana, this 6th day of September, 2024.

**MEJ**
**SUS**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/06/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-364**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Torrance Clark #40089600 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054